UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF PENNSYLVANIA

IN RE: TIMOTHY JOSEPH HENRICK             :   CASE NO. 09-16220

THIRD AMENDED CHAPTER 13 PLAN

1. The future earnings of the debtor are submitted to the supervision and control of the Trustee and the debtor – Debtor shall pay the Trustee the sum of **$333.15** monthly for a period of FOUR (4) months and **$471.51 PER MONTH FOR THE REMAINING 56 MONTHS OF A SIXTY (60) MONTH PLAN**

2. From the payment so received, the Trustee shall make distributions in the following order of payment:
    (a) To the Standing Trustee, his costs, expenses and commissions in accordance with certain statutes, then

    (b) To the Attorney for the Debtor (s), in the sum of $ 500. additional fee or such sum as is allowed by the Court, upon application duly made and order entered, then

    (c) For or on account of administration expenses provided for under the Code or allowed by the Court, then

    (d) To the Priority Creditors of the Debtor (s), full payment in deferred cash payments, of all claims entitled to priority under Section 507 of the U.S. Bankruptcy Code. Department of the Treasury, Internal Revenue Service, 600 Arch Street, Room 5200, Philadelphia, Pa 19106 ( 2005; 09 Tax) . . . $1,130.91.
    PA Department of Labor & Industry c/o District Ct 38-1-16, Norristown PA ...   1,900.00

    (e) To the secured creditors of the Debtor (s), as follows:
    All secured creditors will be paid outside the Plan.

    (f) Subsequent to—pro rata with dividends to secured creditors (if any) dividends to unsecured creditors whose claims are timely filed, and duly allowed as follows:

    Unsecured creditors (below listed) whose claims are timely filed and approved shall be paid a pro rata distribution of remaining funds, at **100% of claims filed:** H & R Landscaping $2,200.17;  Wells Fargo Finance $696.27;  Norristown Brick, Inc. $10,000.;  L&F d/b/a United Check Cashing $1,765;  Heaven's Supply $1,445.74 ; PA State Worker's Insurance Fund (Woodbridge) $867. ; PA Dept of Labor & Industry c/o Dist. Ct. 38-1-16 $1,777.11;  ATT Mobility LLC $999.41
    Unsecured Sub total ... $22,017.72

    Trustee's commission not to exceed 10%    Total to be paid under the Plan . . . .    **$27,104.00**

3. The following executory contracts are rejected: None.

4. The amount of a creditor's claim shall be fixed by the sum set forth in the Plan (as a percentage of the total amount to be paid through the plan). In absence of an objection, and if the Plan is confirmed, this amount shall constitute a finding as to the arrears owed.

5. Title to the debtor's property shall revest in the debtor on confirmation of the Plan – upon dismissal of the case after confirmation pursuant to the Bankruptcy Act.

Dated: February 9 2010  _____    /s/ __Timothy J. Henrick__
                                                TIMOTHY JOSEPH HENRICK
Acceptances may be mailed to: Wayne R. Cromie, Esq 2240 DeKalb Pike, Norristown, PA 19401